AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of  COLUMBIA

FILED
SEP 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOSEPH SLOVINEC
Plaintiff

V.

MONTGOMERY COUNTY, MARYLAND
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 07 1655

I, JOSEPH SLOVINEC declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☒ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

   IN TRAINING, WAS UNEMPLOYED

2. Are you currently employed?   ☒ Yes   ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.) NOT YET AN INTERN IN fifty six dollars CAREER TECHNICAL INSTITUTE, 2131 K ST. NW 8/14-8/15 M-F $50 IN TRAINING

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. PREVIOUS BEFORE 8/1/07 APRIL-SEPTEMBER NATIONAL RESEARCH CCC 4201 CONNECTICUT AV NW WASHINGTON

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☒ Yes   ☐ No  SMALL AMOUNT BANK
   b. Rent payments, interest or dividends           ☒ Yes   ☐ No
   c. Pensions, annuities or life insurance payments ☐ Yes   ☒ No
   d. Disability or workers compensation payments    ☐ Yes   ☒ No
   e. Gifts or inheritances                          ☐ Yes   ☒ No UNEMPLOYMENT INSURANCE
   f. Any other sources                              ☒ Yes   ☐ No

   RECEIVED
   AUG 7 2007
   NANCY MAYER WHITTINGTON, CLERK
   U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

& UNEMPLOYMENT INSURANCE
$341 PER MONTH

4. Do you have **any** cash or checking or savings accounts?  ☒ Yes  ☐ No

   If "Yes," state the total amount.  $897.53 CHECKING (PENDING MO)
   $7.10 SAVINGS

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☒ Yes  ☐ No

   If "Yes," describe the property and state its value.

   OLDSMOBILE REGENCY 1998 IN
   WITH CASH- CAN'T AFFORD
   TO PAY $931 IT LIVES FOR PAVING CAR GAS &

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)



declare under penalty of perjury that the above information is true and correct.

August 17, 2007
Date

Signature of Applicant: Joseph Horiner

TICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, soner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during ast six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach certified statement of each account.

ORDER OF THE COURT

application is hereby denied.

The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof.

United States Judge  Date

United States Judge  Date