**FILED**
SEP 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Joseph Slovinec, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07 1655 |
| | ) | |
| Montgomery County, Maryland, | ) | |
| | ) | |
| Defendant. | ) | |

### TRANSFER ORDER

Plaintiff brings this action against Montgomery County, Maryland for events stemming from his eviction from an apartment in Bethesda, Maryland and the County's alleged refusal to provide him emergency shelter or rental assistance.

A court may transfer a case to any other district where it might have been brought "[f]or the convenience of parties and witnesses, in the interests of justice." 28 U.S.C. § 1404(a). In considering whether transfer would be proper, the court considers the following factors:

> [T]he convenience of the witnesses of plaintiff and defendant; ease of access to sources of proof; availability of compulsory processes to compel the attendance of unwilling witnesses; the amount of expense for the willing witnesses; the relative congestion of the calendars of potential transferor and transferee courts; and other practical aspects of expeditiously and conveniently conducting a trial.

*SEC v. Page Airways*, 464 F. Supp. 461, 463 (D.D.C. 1978). Generally, a court gives substantial deference to a plaintiff's choice of forum. *See Air Line Pilots Ass'n v. Eastern Air Lines*, 672 F. Supp. 525, 526 (D.D.C. 1987). However, such deference is weakened when a plaintiff is not a resident of the chosen forum, *Piper Aircraft Co. v. Reyno*, 454 U.S. 235, 255-56 (1981), or if the chosen forum has "no meaningful ties to the controversy and no particular interest in the parties

or subject matter." *Wilderness Soc' y v. Babbitt*, 104 F. Supp. 2d. 10, 13 (D.D.C. 2000) (citation omitted).

Cursory review of the complaint shows that the all of plaintiff's claims arise from events occurring in Maryland and involve the action or inaction of a Maryland county. Accordingly, the Court will transfer this action to the United States District Court for the District of Maryland. Resolution of plaintiff's application to proceed *in forma pauperis* is left for the transferee court to decide.

Accordingly, it is hereby

ORDERED that this action shall be TRANSFERRED to the United States District Court for the District of Maryland.

SO ORDERED.

Date: August 31, 2007

United States District Judge

2